# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| KELVIN J. ROBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV413-114 |
| | ) | |
| UNIVERSAL MUSIC GROUP, | ) | |
| UNIVERSAL REPUBLIC | ) | |
| RECORDS, UNIVERSAL | ) | |
| MOTOWN RECORDS, | ) | |
| UNIVERSAL MOTOWN, | ) | |
| THE ISLAND DEF JAM MUSIC | ) | |
| GROUP, and SONY MUSIC | ) | |
| ENTERTAINMENT GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

## **REPORT AND RECOMMENDATION**

Because of his repeated abuses of the litigation process, this Court requires Kelvin Robbins to post a $100 frivolity bond as a condition to proceeding with any additional civil lawsuits in this District. *Robbins v. Universal Music Group*, No. CV412-292, 2013 WL 1146865 (S.D. Ga. Mar. 19, 2013). He has failed to do so. Hence, this case should also be **DISMISSED**. His motions to proceed *in forma pauperis* (doc. 2) and for

summary judgment (doc. 3) should be **DENIED**.

**SO REPORTED AND RECOMMENDED** this 8th day of July, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA