UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KELVIN J. ROBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV413-124 |
| | ) |
| UNIVERSAL MUSIC GROUP, UNIVERSAL REPUBLIC RECORDS, UNIVERSAL MOTOWN RECORDS, UNIVERSAL MOTOWN, THE ISLAND DEF JAM MUSIC GROUP, and SONY MUSIC ENTERTAINMENT GROUP, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 25 day of July, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA